318 HEWITT vs. CIRCUIT JUDGE (Saginaw), 71 M., 287.

To vacate an order sustaining a challenge to the array and discharging the jury.

Granted July 11, 1888.

Held, that the charter provision creating the office of asses-

sor, and requiring such officer to make and return lists of persons to serve as jurors, supersedes the general statute in that regard, and is valid. Also that the return of more than 200 qualified petit jurors under How. Stat., Sec. 7566, is good cause for a challenge to the array, but in such a case it is the duty of the court to direct the clerk to strike from the excessive list all names listed below the requisite number.